IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Bruce L | Case Number: 08 B 00254 |
|---|---|---|
| | Jones, Rolanda M | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 1/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,188.02 | |
| Secured: | | 1,097.83 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 949.80 |
| Trustee Fee: | | 140.39 |
| Other Funds: | | 0.00 |
| Totals: | 2,188.02 | 2,188.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 949.80 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Teachers Credit Union | Secured | 3,249.86 | 318.56 |
| 5. | Ocwen Federal Bank FSB | Secured | 2,432.72 | 115.16 |
| 6. | Washington Mutual | Secured | 14,028.65 | 664.11 |
| 7. | RJM Acquisitions LLC | Unsecured | 18.31 | 0.00 |
| 8. | Teachers Credit Union | Unsecured | 242.49 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 240.28 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 69.14 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 1,772.70 | 0.00 |
| 12. | Galway Financial Service | Unsecured | 184.35 | 0.00 |
| 13. | Sallie Mae | Unsecured | 646.00 | 0.00 |
| 14. | NCO Financial Systems | Unsecured | 63.46 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 105.08 | 0.00 |
| 16. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 17. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 18. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 24. | Payday Loan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Bruce L  
        Jones, Rolanda M  
        Printed: 8/5/08

Case Number: 08 B 00254  
Judge: Wedoff, Eugene R  
Filed: 1/7/08

          _____      _____  
          $ 26,053.04     $ 2,047.63

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 9.10 |
| 6.5% | 131.29 |
|  | _____ |
|  | $ 140.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marshall_____